ANDRE VERDUN (SBN 265436)
C/O 401 West "A" Street, Suite 1100
San Diego, CA 92101
Tel: (619) 880-0110

RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste., 530
San Jose, CA 95126
Tel: 408-296-0400

IVAN LOPEZ VENTURA, Bar No. 255743
5155 West Rosecrans Avenue Ste., 224
Hawthorne, CA 90250
Tel:  714-788-4804
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA ROMERO,<br><br>                Plaintiffs,<br><br>v.<br><br>FDS BANK, DEPARTMENT STORES NATIONAL BANK,<br><br>Defendant(s). | **Case#** 3:15-cv-00193-CAB-MDD<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT [ECF 62]**<br><br>*[Local Civil Rule 7.1(g)(1)]* |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This is to provide notice that, pursuant to Local Civil Rule 7.1(g)(1), Plaintiff ELISA ROMERO hereby withdraws her Document entitled "**MOTION for partial entry of judgment on dismissed claims re [56] Order on Motion for Summary Judgment**" filed on April 4, 2016, docketed as Document 62. Counsel had the correct date for the hearing in the caption of both the Notice of Motion and the Motion for Document 62; however, the body of the Notice of Motion had a different date, which could lead to confusion and improper notice. Counsel has refiled the Motion under the same name as Document 63, which is the same as Document 62 except that it has the corrected hearing date in both places. (See ECF No. 62 and 63).

Date: **April 4, 2016**

                                            Respectfully Submitted.

                                            /s Andre L. Verdun
                                            Andre Verdun,
                                            Attorney for Plaintiff