Christine M. LaPinta, Esq. (SBN 225990)
Jacob T. Spaid, Esq. (SBN 298832)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail: lapinta@scmv.com; spaid@scmv.com

Attorneys for Department Stores National Bank and
FDS Bank

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA R. ROMERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT STORES NATIONAL BANK; FDS BANK; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 15-CV-0193 CASB MDD<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTINE M. LaPINTA IN SUPPORT OF DEPARTMENT STORES NATIONAL BANK AND FDS BANK'S BILL OF COSTS**<br><br>Hearing Date:　　September 15, 2016<br>Hearing Time:　　10:00 a.m. (telephonic)<br>Hearing Location: Clerks Office<br>Complaint Filed:　January 25, 2015<br>Trial Date:　　　June 13, 2016 |

---

SUPPLEMENTAL DECLARATION OF CHRISTINE M. LaPINTA IN SUPPORT OF DEPARTMENT STORES NATIONAL BANK AND FDS BANK'S BILL OF COSTS

Case No. 15-CV-0193

I, Christine M. LaPinta, declare as follows:

1. I am an attorney licensed to practice before this Court. I am a member of Seltzer Caplan McMahon Vitek, attorneys for Department Stores National Bank and FDS Bank in this matter. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to those facts if called as a witness.

2. On August 30, 2016, Defendants filed a Bill of Costs accompanied by the Declaration of Jacob Spaid explaining that the filing of the Bill of Costs was delayed because the Clerk was out of the country and Defendants were not able to get a hearing date. Note, ECF will not allow a party to file a Bill of Costs without first obtaining a hearing date from the Clerk.

3. Upon the Clerk's return, the Clerk provided Defendants with a hearing date. In our rush to get the Bill of Costs filed as soon as possible, there was an error in the filing of the correct version of the Bill of Costs and the accompanying declaration. In the version filed with the Court, certain costs were included, that should not have been, and the supporting invoices were omitted.

4. Attached as Exhibit A is the correct Bill of Costs removing certain costs that Defendants never intended to seek to recover and reducing the amount sought by Defendants. The Amended Bill of Costs sets forth costs incurred by Defendants that are recoverable under the law.

5. Attached as Exhibit B are true and correct copies of the receipts, which are correctly stated and which support Defendants' Bill of Costs.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2016, at Rockwall, Texas.



_____
CHRISTINE M. LaPINTA

1

SUPPLEMENTAL DECLARATION OF CHRISTINE M. LaPINTA   No. 15-CV-0193
IN SUPPORT OF DEPARTMENT STORES NATIONAL BANK
AND FDS BANK'S BILL OF COSTS

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | | |
|---|---|---|
| ELISA R. ROMERO | ) | Case No.: 15-CV-0193 |
| | ) | Hearing Date: September 15, 2016 |
| v. | ) | |
| DEPARTMENT STORES NATIONAL BANK; FDS | ) | Hearing Time: 10:00 a.m. (Telephonic) |
| BANK; DOES 1 through 10, inclusive | ) | Hearing Location: Clerk's Office |
| | | 333 West Broadway, Ste. 420 |
| | | San Diego, CA 92101 |

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on __August 8, 2016__ against __Plaintiff Elisa R. Romero__,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 5.60 |
| Fees for service of summons and subpoena ........................................ | 616.44 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 4,760.74 |
| Fees and disbursements for printing ............................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ........................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................. | 92.00 |
| Docket fees under 28 U.S.C. 1923 ................................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................................... | 0.00 |
| Compensation of court-appointed experts .......................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* See Attachment 1 ................................. | 332.32 |
| **TOTAL** | **$ 5,807.10** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[x] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __s/ Christine M. LaPinta__

Name of Attorney: __Christine M. LaPinta__

For: __Department Stores National Bank; FDS Bank__                        Date: __September 12, 2016__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*              *Deputy Clerk*                  *Date*

AO-133

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | | | | | TOTAL | 0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## OTHER COSTS – ATTACHMENT 1

| Date | Description | Amount | Total |
|---|---|---|---|
| | **Postage** | | |
| 5/28/2015 | Postage | 2.36 | |
| 7/31/2015 | Postage | 1.45 | |
| 9/9/2015 | Postage | 6.24 | |
| 9/11/2015 | Postage | 5.58 | |
| 10/7/2015 | Postage | 1.45 | |
| 10/8/2015 | Postage | 6.24 | |
| 10/20/2015 | Postage | 2.11 | |
| 11/4/2015 | Postage | 4.48 | |
| 11/18/2015 | Postage | 4.26 | |
| 11/19/2015 | Postage | 2.11 | |
| 11/23/2015 | Postage | 2.77 | |
| 11/26/2015 | Postage | 1.45 | |
| 3/11/2016 | Postage | 2.11 | |
| **Total Postage** | | | 42.61 |
| | **Express Delivery** | | |
| 11/6/2015 | Federal Express | 37.71 | |
| **Total Express Delivery** | | | 37.71 |
| | **Messenger/Court Filing** | | |
| 5/09/2015 | Knox Attorney Service | 28.25 | |
| 3/27/2015 | Knox Attorney Service | 27.50 | |
| 5/26/2015 | Knox Attorney Service | 27.50 | |
| 10/8/2015 | Knox Attorney Service | 27.50 | |
| 12/21/2015 | Knox Attorney Service | 28.25 | |
| 12/30/2015 | Knox Attorney Service | 28.25 | |
| 1/25/2016 | Knox Attorney Service | 28.25 | |
| 6/17/2016 | Knox Attorney Service | 28.25 | |
| 6/24/2016 | Knox Attorney Service | 28.25 | |
| **Total Messenger/Court Filing** | | | 252.00 |
| **Grand Total** | | | 332.32 |

# EXHIBIT B

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
Weather delay - Thunderstorm.
Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 857330581271 | C LA PUNTA / JULIE UIZI | DAVID URZI | |
| Service Type | FedEx Priority Overnight | SELTZER CAPLAN MCMAHON VITEK | THE CROSSINGS | |
| Package Type | FedEx Envelope | 750 B ST STE 2100 | 114 N EATHERTON RD | |
| Zone | 07 | SAN DIEGO CA 92101-8177 US | CHESTERFIELD MO 63005 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 17, 2015 10:37 | | | |
| Svc Area | A1 | Transportation Charge | | 36.70 |
| Signed by | L.FAULLEN | Fuel Surcharge | | 1.01 |
| FedEx Use | 032097915/0000241/ | **Total Charge** | USD | $37.71 |

# Knox ATTORNEY SERVICE, INC.

Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101 . Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com   /JFF

| | | |
|---|---|---|
| **INVOICE #**  4159520 | **INVOICE DATE**  05/15/16 | **KNOX FILE #**  K 1524664-01 |

**BILLED TO:**   Acct #: 01345   **ORDERING FIRM:**
CHRISTINE LAPINTA, ESQ.
SELTZER, CAPLAN, MCMAHON, VITEK, A LAW CORPORATIO
750 B STREET, 2100 SYMPHONY   **SAME**
SAN DIEGO  CA  92101
Attention   : BETTIE M. REISING
Atty File#  : 16876.73197
Phone       : 619-685-3003

**DESCRIPTION OF SERVICES**
REPORT        : Delivery for HON. CATHY BENCIVENGO, USDC completed on 05/09/16 at
                11:46A at 333 WEST BROADWAY, SUITE 420, SAN DIEGO, CA 92101
                1. NEF DK 70; 2. TRIAL BRIEF; 3. CERT OF SERVICE

**COURT INFORMATION**

COURT       : UNITED STATES DISTRICT COURT
              SAN DIEGO, CA  92101
CASE #      : 15-CV-0193 CASB MDD
CASE NAME   : ELISA R. ROMERO DEPARTMENT STORES
              NATIONAL BANK, ET AL.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 28.25 |

Climat: 16876.73197
Approved by: [signature]
Date: 5-16-16

| | |
|---|---|
| INVOICE TOTAL --> | $ 28.25 |
| BALANCE DUE --> | $ 28.25 |

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this Invoice. Net due upon receipt. IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS. SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox ATTORNEY SERVICE, INC.**
2250 FOURTH AVENUE
SAN DIEGO, CA  92101
ATTN: ACCOUNTS RECEIVABLE      IRS# 95-3057541

| | |
|---|---|
| INVOICE #     : | 4159520 |
| INVOICE DATE  : | 05/15/16 |
| AMOUNT DUE    : | $  28.25 |
| ACCOUNT #     : | 01345 |
| KNOX FILE #   : | 1524664-01 |

THANK YOU FOR CHOOSING KNOX!

Case 3:15-cv-00193-CAB-MDD   Document 97   Filed 09/12/16   Page 10 of 17

# Knox ATTORNEY SERVICE, INC.

ATTORNEY SERVICE
Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com   /JFF

| INVOICE # | 4165069 | INVOICE DATE | 06/22/16 | KNOX FILE # | K 1526918-01 |

**BILLED TO:**   Acct #: 01345   **ORDERING FIRM:**
CHRISTINE LAPINTA, ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY                                SAME
SAN DIEGO  CA  92101
Attention  : BETTIE M. REISING
Atty File# : 16876.73197
Phone      : 619-685-3003

**DESCRIPTION OF SERVICES**

REPORT    : Delivery for USDC CLERK completed on 06/17/16 at 10:20A
            at 333 WEST BROADWAY, DEPT. 4C, SAN DIEGO, CA 92101
            DELIVER CHAMBERS COURTESY COPIES OF: 1.NEF DK 83; 2.DK 83-DEF'S
            SUPPLEMENTAL BRIEF; 3.DK 83-1 TO 83-3-DEC. LAPINTA AND EX.A &B; COS

Climat: 16876.73197
Approved by: C.LaPinta (bmr)
Date: 6-27-16

**COURT INFORMATION**

COURT      : UNITED STATES DISTRICT COURT
             SAN DIEGO, CA  92101
CASE #     : 15-CV-0193 CASB MDD
CASE NAME  : ELISA R. ROMERO
             DEPARTMENT STORES NATIONAL BANK, ET AL.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 28.25 |
| INVOICE TOTAL --> | $ 28.25 |
| BALANCE DUE --> | $ 28.25 |

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.  IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.  SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox** ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA  92101
ATTN: ACCOUNTS RECEIVABLE          IRS# 95-3057541

| INVOICE # | : | 4165069 |
| INVOICE DATE | : | 06/22/16 |
| AMOUNT DUE | : | $ 28.25 |
| ACCOUNT # | : | 01345 |
| KNOX FILE # | : | 1526918-01 |

THANK YOU FOR CHOOSING  KNOX!

# Knox ATTORNEY SERVICE, INC.

2250 FOURTH AVENUE, SAN DIEGO, CA 92101  Phone: (619) 233-9700  FAX# (619) 685-4294  www.knoxservices.com

ATTORNEY SERVICE
Robert C. Porambo, Manager

/JFF

| | | |
|---|---|---|
| INVOICE # 4101683 | INVOICE DATE 04/02/15 | KNOX FILE # K 1502123-01 |

BILLED TO:  Acct #: 01345  ORDERING FIRM:
CHRISTINE M. LAPINTA, ESQ., ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY
SAN DIEGO CA 92101
Attention  : BETTIE M. REISING
Atty File# : 16876.73197
Phone      : 619-685-3003

SAME

DESCRIPTION OF SERVICES
REPORT   : Delivery for JUDGE CATHY ANN BENCIVENGO completed on 03/27/15 at 03:22
           at 333 WEST BROADWAY, SAN DIEGO, CA 92101
           OPPOSITION TO MOTION TO STRIKE AFFIRMATIVE DEFENSES; CERTIFICATE
           OF SERVICE

Climat: 16876.73197
Approved by: _____
Date: 4-6-15

COURT INFORMATION

COURT     : UNITED STATES DISTRICT COURT
            SAN DIEGO, CA 92101
CASE #    : 15-CV-0193
CASE NAME : 16876.73197 ATTY FILE NO.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 27.50 |
| INVOICE TOTAL --> $ | 27.50 |
| BALANCE DUE --> $ | 27.50 |

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.  IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.  SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

REMITTANCE STUB

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

Knox ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE    IRS# 95-3057541

| | | |
|---|---|---|
| INVOICE #     | : | 4101683 |
| INVOICE DATE  | : | 04/02/15 |
| AMOUNT DUE    | : | $ 27.50 |
| ACCOUNT #     | : | 01345 |
| KNOX FILE #   | : | 1502123-01 |

THANK YOU FOR CHOOSING  KNOX!

# Knox ATTORNEY SERVICE, INC.

**ATTORNEY SERVICE**
Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101  Phone: (619) 233-9700  FAX# (619) 685-4294  www.knoxservices.com   /JFF

| | |
|---|---|
| INVOICE # 4110280 | INVOICE DATE 06/02/15 |
| KNOX FILE # K 1505348-01 | |

**BILLED TO:** Acct #: 01345  **ORDERING FIRM:**
CHRISTINE M. LAPINTA, ESQ., ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY
SAN DIEGO CA 92101
Attention : BETTIE M. REISING
Atty File# : 16876.73197
Phone : 619-685-3003

**SAME**

**DESCRIPTION OF SERVICES**
REPORT : Delivery for USDC, SAN DIEGO completed on 05/26/15 at 04:37P
at 333 WEST BROADWAY, SUITE 420, SAN DIEGO, CA 92101
CHAMBERS COURTESY COPIES TO JUDGE DEMBIN

Climat: 16876.73197
Approved by: [signature]
Date: 6-4-15

**COURT INFORMATION**

COURT : UNITED STATES DISTRICT COURT
SAN DIEGO, CA 92101
CASE # : 15-CV-0193
CASE NAME : 16876.73197 ATTY FILE NO.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 27.50 |
| INVOICE TOTAL --> | $ 27.50 |
| BALANCE DUE --> | $ 27.50 |

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice. Net due upon receipt. IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS. SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

*PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT*

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox** ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE    IRS# 95-3057541

| | |
|---|---|
| INVOICE # : | 4110280 |
| INVOICE DATE : | 06/02/15 |
| AMOUNT DUE : | $ 27.50 |
| ACCOUNT # : | 01345 |
| KNOX FILE # : | 1505348-01 |

THANK YOU FOR CHOOSING **KNOX!**

# Knox ATTORNEY SERVICE, INC.

ATTORNEY SERVICE
Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com   /JFF

| INVOICE # | 4128833 | INVOICE DATE | 10/13/15 | KNOX FILE # | K 1512928-01 |

BILLED TO:                          Acct #: 01345          ORDERING FIRM:
CHRISTINE M. LAPINTA, ESQ., ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY                                     **SAME**
SAN DIEGO  CA  92101
Attention  : BETTIE M. REISING
Atty File# : 16876.73197
Phone      : 619-685-3003

**DESCRIPTION OF SERVICES**
REPORT     : Delivery for 333 WEST BROADWAY completed on 10/08/15 at 11:40A
             at 11TH FLOOR, SUITE 1180,, SAN DIEGO, CA  92101
             CHAMBERS COURTESY COPIES OF E-FILED DOCKET 36 TO HON. MITCHELL D.
             DEMBIN

Climat: 16876.73197
Approved by: [signature]
Date: 10-14-15

**COURT INFORMATION**

COURT      : UNITED STATES DISTRICT COURT
             SAN DIEGO, CA  92101
CASE #     : 15-CCV-00193 CAB-MDD

CASE NAME  : ROMERO
             DSNB ET AL.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery IDB | 27.50 |
| INVOICE TOTAL --> | $ 27.50 |
| BALANCE DUE --> | $ 27.50 |

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.   IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.  SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

*PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT*

**REMITTANCE STUB**          WE ACCEPT VISA/MASTERCARD
                             FOR PAYMENT OF YOUR ACCOUNT

| INVOICE # | : | 4128833 |
| INVOICE DATE | : | 10/13/15 |
| AMOUNT DUE | : | $ 27.50 |
| ACCOUNT # | : | 01345 |
| KNOX FILE # | : | 1512928-01 |

Please mail or deliver your payment to:

**Knox ATTORNEY SERVICE, INC.**
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE       IRS# 95-3057541

THANK YOU FOR CHOOSING **KNOX!**

# Knox ATTORNEY SERVICE, INC.

ATTORNEY SERVICE
Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com   /JFF

| INVOICE # | 4138593 | INVOICE DATE | 12/27/15 | KNOX FILE # | K 1516764-01 |

**BILLED TO:**  Acct #: 01345   **ORDERING FIRM:**
CHRISTINE LAPINTA, ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY
SAN DIEGO CA 92101
Attention : ~~BETTIE M. REISING~~
Atty File# : 16876.70822
Phone : 619-685-3003

**SAME**

**DESCRIPTION OF SERVICES**
REPORT : Delivery for HON. MITCHELL D. DEMBIN completed on 12/21/15 at 03:33P
at 333 WEST BROADWAY, STE. 420, SAN DIEGO, CA 92101
DELIVER TO CHAMBERS DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE
BRIEF.

**COURT INFORMATION**

COURT : UNITED STATES DISTRICT COURT
SAN DIEGO, CA 92101
CASE # : 15-CV-0193 CASB MDD
CASE NAME : ELISA R. ROMERO DEPARTMENT STORES
NATIONAL BANK, ET AL.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery CAM | 28.25 |

Climat: 16876.73197
Approved by: Christine LaPinta
Date: 12-30-15

INVOICE TOTAL --> $ 28.25
BALANCE DUE --> $ 28.25

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice. Net due upon receipt. IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox ATTORNEY SERVICE, INC.**
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE   IRS# 95-3057541

| INVOICE # | : | 4138593 |
| INVOICE DATE | : | 12/27/15 |
| AMOUNT DUE | : | $ 28.25 |
| ACCOUNT # | : | 01345 |
| KNOX FILE # | : | 1516764-01 |

THANK YOU FOR CHOOSING **KNOX!**

# Knox ATTORNEY SERVICE, INC.

Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101    Phone: (619) 233-9700    FAX# (619) 685-4294    www.knoxservices.com    /SNH

| INVOICE # | 4139433 | INVOICE DATE | 12/31/15 | KNOX FILE # | K 1517116-01 |
|---|---|---|---|---|---|

**BILLED TO:**    Acct #: 01345    **ORDERING FIRM:**

CHRISTINE LAPINTA, ESQ. SBN 225990
SELTZER, CAPLAN, McMAHON, VITEK, A LAW CORPORATIO
750 "B" ST. 2100 SYMPHONY
SAN DIEGO CA 92101
Attention : BETTIE
Atty File# : 16876.73197
Phone    : 619-685-3003

**SAME**

**DESCRIPTION OF SERVICES**

REPORT : Delivery for HON. CATHY BENCIVENGO completed on 12/30/15 at 03:01P
at 221 WEST BROADWAY, SUITE 4165, SAN DIEGO, CA 92101

**COURT INFORMATION**

COURT  : UNITED STATES DISTRICT COURT
          SAN DIEGO, CA 92101
CASE #  : 15-CV-00193 CASB-MDD
CASE NAME : ELISA R. ROMERO
            DEPARTMENT STORES NATIONAL BANK; ET AL.

Climat: 16876.73197
Approved by: [signature]
Date: 1-11-16

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 28.25 |
| INVOICE TOTAL --> | $ 28.25 |
| BALANCE DUE --> | $ 28.25 |

Thank you for allowing us to serve your needs.    IRS# 95-3057541
Please remit payment along with the attached remittance stub, or a copy of this Invoice. Net due upon receipt.
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS. SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox** ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE     IRS# 95-3057541

| INVOICE # | : | 4139433 |
|---|---|---|
| INVOICE DATE | : | 12/31/15 |
| AMOUNT DUE | : | $ 28.25 |
| ACCOUNT # | : | 01345 |
| KNOX FILE # | : | 1517116-01 |

THANK YOU FOR CHOOSING **KNOX!**

# Knox ATTORNEY SERVICE, INC.

ATTORNEY SERVICE
Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com

/JFF

| INVOICE # | 4143007 | INVOICE DATE | 01/28/16 | KNOX FILE # | K 1518307-01 |

**BILLED TO:**   Acct #: 01345   **ORDERING FIRM:**

CHRISTINE M. LAPINTA, ESQ., ESQ.
SELTZER, CAPLAN, MCMAHON, VITEK, A LAW CORPORATIO
750 B ST. 2100 SYMPHONY
SAN DIEGO  CA  92101
Attention   : BETTIE M. REISING
Atty File#  : 16876.73197
Phone       : 619-685-3003

SAME

**DESCRIPTION OF SERVICES**

REPORT : Delivery for HON. CATHY BENCIVENGO completed on 01/25/16 at 09:59A
at 333 WEST BROADWAY, DEPT. 4C, SAN DIEGO, CA 92101
CHAMBERS COURTESY COPIES OF: 1. NEF 52; 2. P&AS ISO MTN TO FILE UNDER
SEAL; 3. DECL SHEPPERD; 4. POS, CHAMBERS COURTESY COPIES OF ETC.....

**COURT INFORMATION**

COURT      : UNITED STATES DISTRICT COURT
             SAN DIEGO, CA 92101
CASE #     : 15-0193
CASE NAME  : ROMERO
             DSNB ET AL.

Climat: 16876.73197
Approved by: [signature]
Date: 2-2-16

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 28.25 |
| INVOICE TOTAL --> | $ 28.25 |
| BALANCE DUE --> | $ 28.25 |

Thank you for allowing us to serve your needs.   IRS# 95-3057541
Please remit payment along with the attached remittance stub, or a copy of this invoice. Net due upon receipt.
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox** ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA  92101
ATTN: ACCOUNTS RECEIVABLE    IRS# 95-3057541

| INVOICE #     | : 4143007 |
| INVOICE DATE  | : 01/28/16 |
| AMOUNT DUE    | : $ 28.25 |
| ACCOUNT #     | : 01345 |
| KNOX FILE #   | : 1518307-01 |

THANK YOU FOR CHOOSING **KNOX!**

# Knox ATTORNEY SERVICE, INC.

Robert C. Porambo, Manager

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com   /JFF

| INVOICE # | 4165885 | INVOICE DATE | 06/28/16 | KNOX FILE # | K 1527312-01 |

**BILLED TO:**   Acct #: 01345   **ORDERING FIRM:**
CHRISTINE LAPINTA, ESQ.
SELTZER,CAPLAN,MCMAHON,VITEK,A LAW CORPORATIO
750 B ST. 2100 SYMPHONY                          **SAME**
SAN DIEGO  CA  92101
Attention  : BETTIE M. REISING
Atty File# : 16876.73197
Phone      : 619-685-3003

**DESCRIPTION OF SERVICES**
REPORT     : Delivery for USDC completed on 06/24/16 at 10:22A
             at 333 WEST BROADWAY, DEPT. 4C, SAN DIEGO, CA 92101
             DELIVER TO CHAMBERS, COURTESY COPIES: 1. NEF 85; 2. DEFENDANTS'
             RESPONSE TO PLAINTIFF'S SUPPL BRIEF; 3. CERT OF SERVICE

**COURT INFORMATION**

COURT      : UNITED STATES DISTRICT COURT
             SAN DIEGO, CA 92101
CASE #     : 15-CV-0193 CASB MDD
CASE NAME  : ELISA R. ROMERO
             DEPARTMENT STORES NATIONAL BANK, ET AL.

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| Priority Delivery MJF | 28.25 |

Climat: 16876.73197
Approved by: C.LaPinta
Date: 7-1-16

INVOICE TOTAL --> $ 28.25
BALANCE DUE   --> $ 28.25

Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.   IRS# 95-3057541
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.  SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
            SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---
PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

**REMITTANCE STUB**

WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT

Please mail or deliver your payment to:

**Knox ATTORNEY SERVICE, INC.**
2250 FOURTH AVENUE
SAN DIEGO, CA 92101
ATTN: ACCOUNTS RECEIVABLE       IRS# 95-3057541

INVOICE #     : 4165885
INVOICE DATE  : 06/28/16
AMOUNT DUE    : $ 28.25
ACCOUNT #     : 01345
KNOX FILE #   : 1527312-01

THANK YOU FOR CHOOSING **KNOX!**